**In the Matter of David A. COLLINS, Respondent.**

**No. 53S00–0903–DI–117.**

Supreme Court of Indiana.

April 9, 2009.

*PUBLISHED ORDER APPROVING STATEMENT OF CIRCUMSTANCES AND CONDITIONAL AGREEMENT FOR DISCIPLINE*

Pursuant to Indiana Admission and Discipline Rule 23(11), the Indiana Supreme Court Disciplinary Commission and Respondent have submitted for approval a "Statement of Circumstances and Conditional Agreement for Discipline" stipulating agreed facts and proposed discipline as summarized below:

**Stipulated Facts:** On October 5, 2008, while serving as a deputy prosecuting attorney in Monroe County, Respondent was

arrested for operating a vehicle while intoxicated, a class A misdemeanor. He pled guilty to the charge, reported the incident to the Commission, completed alcohol assessment and education programs, and resigned his position with the prosecutor's office.

**Violation:** The parties agree that Respondent violated Indiana Professional Conduct Rule 8.4(d), which prohibits engaging in conduct prejudicial to the administration of justice.

**Discipline:** The parties agree the appropriate sanction is a public reprimand. The Court, having considered the submissions of the parties, now APPROVES and ORDERS the agreed discipline. For Respondent's professional misconduct, the Court imposes **a public reprimand.**

The costs of this proceeding are assessed against Respondent.

All Justices concur.